# Case Assignment
# Standard Civil Assignment

Case number **5:25CV-101-BJB**

Assigned : Judge Benjamin Beaton
Judge Code : B213

Assigned on 7/14/2025 11:02:57 AM
Transaction ID: 114332

Request New Judge Return