***United States District Court***
***Western District of Kentucky***
***Office of the Clerk***
***501 Broadway, Room 127***
***Paducah, Kentucky 42001***
***(270) 415-6400***
***www.kywd.uscourts.gov***

*July 14, 2025*

# *NOTICE*

Webb *Plaintiff*

v. Christian Circuit Case No. 25-CI-00568

The Lincoln National Life Insurance Company *Defendant*

Notice is hereby given that the above-styled civil action has been removed from the Christian Circuit Court and filed in the Western District of Kentucky at Paducah as of July 14, 2025. This action has been assigned to the Honorable Judge Benjamin Beaton, case number 5:25-cv-101-BJB.

Please refer to this case number on all future filings.

Sincerely,
James J. Vilt JR, Clerk

By: /s/ Melody Morris
Deputy Clerk

cc: Counsel of Record
Christian Circuit Court