**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH**

| | | |
|---|---|---|
| **LENORA WEBB,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 5:25-cv-00101-BJB** |
| **v.** | ) | |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER EXTENDING ANSWER DEADLINE**

Defendant The Lincoln National Life Insurance Company ("Lincoln") has moved for an extension of time to August 4, 2025, respond to Plaintiff's Complaint.

The Court finds that the Unopposed Motion should be GRANTED.

IT IS THEREFORE ORDERED that Lincoln shall have up to and including, August 4, 2025 to serve its response to Plaintiff's Complaint.