**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF EKNTUCKY**
**PADUCAH DIVISION**
**CIVIL ACTION NUMBER 5:25-cv-00101-BJB-LLK**

**LENORA WEBB** **PLAINTIFF**

**v.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** **DEFENDANT**

**SCHEDULING ORDER**

The Court conducted a telephonic Federal Rule of Civil Procedure 16 scheduling conference in this matter on October 27, 2025, with the following counsel participating:

For Plaintiff: Elizabeth A. Thornsbury

For Defendant: Iwana Rademaekers (absent due to technical difficulties)

Rule 1 of the Federal Rules of Civil Procedure explains that the Rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." Based upon this admonition, the discussion during the conference, and the Joint Report of the Parties' Planning Meeting [DN 12], the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the parties shall satisfy their discovery obligations on or before the following deadlines:

(1) **Fact discovery**

a) Initial Disclosures/Disclosure of Administrative Record and Plan documents:

This is an action for recovery of long-term disability benefits under 29 U.S.C. § 1132(a) of the Employee Retirement Income Security Act ("ERISA").

Pursuant to FRCP 26 (a)(1)(B)(i), the matter is exempt from initial disclosures. As this case involves an action for review on an administrative record, Defendant will produce a copy of the Administrative Record to Plaintiff on or before **November 3, 2025**.

b) Motion to amend pleadings or join additional parties:

From Plaintiff by: **November 19, 2025**

From Defendant by: **November 19, 2025**

c) Supplemental disclosures and responses (Rule 26(e)): whenever reasonably appropriate, on a continuing basis.

The parties shall supplement all disclosures and responses as required by Fed. R. Civ. P. 26(e) within a reasonable time, but no later than 30 days prior to the close of discovery.

d) Close of fact discovery:

All discovery, if any, shall be completed by **February 20, 2026**. By agreeing to a discovery deadline, Defendant is not waiving any argument or objection to any discovery the Plaintiff may request and reserves the right to make such arguments and objections as appropriate.

e) Miscellaneous matters:

The parties will address any e-discovery issues by agreement but do not anticipate the need for discovery of electronically stored information (ESI).

(3) **Deadline for filing stipulated Administrative Record**

Defendant will provide Plaintiff (but not file with the Court) a copy of the proposed Administrative Record in keeping with the Rule 26(a) deadline of **November 3, 2025**, stated above. The parties will file a Stipulated Administrative Record on or before **February 27, 2026**.

(4) **Dispositive motion for judgment format and schedule.** Plaintiff shall file a dispositive motion for judgment in accordance with *Wilkins v. Baptist Healthcare System, Inc.*, 150 F.3d 609 (6th Cir. 1998). Instead of filing simultaneous motions for judgment, the parties agree to the following motion format and schedule:

a) Plaintiff shall file a Motion for Summary Judgment by **April 6, 2026**.

b) Defendant shall file a Cross-Motion for Summary Judgment/Response by **April 27, 2026**.

c) Plaintiff shall file a Reply/Response to Defendant's Cross-Motion by **May 12, 2026**.

d) Defendant shall file a Reply to Plaintiff's Response to its Cross-Motion for Summary Judgment by **June 2, 2026**.

(5) **Opportunities for less experienced lawyers**

Oral argument is often unnecessary to resolve motions. Parties may, however, seek argument when it would aid the Court's consideration of the motion. *See* Local Rule 7.1(f). The Court will be substantially more inclined to grant argument when a party notes, in a concise footnote to its request, that argument would be delivered by a lawyer with fewer than 8 years of experience.

(6) **Discovery disputes**. Before filing any discovery motion, all counsel must do two things. First, make a good-faith effort to resolve the dispute. *See* Local Rule 37.1. The Court will not entertain discovery motions unless counsel have conferred or attempted to confer with opposing counsel or other affected parties. Second, contact the Magistrate Judge to schedule a telephonic conference concerning the discovery dispute counsel have failed to resolve. Counsel shall email Chambers at Judge_King_Chambers@kywd.uscourts.gov to identify the dispute and schedule the conference, copying all counsel of record. The email should not contain substantive legal arguments or recitations of the underlying facts and should treat opposing counsel with respect and professional courtesy. If the dispute persists after the telephonic conference with the Magistrate Judge, the moving party may submit a written motion. The motion must certify that, and explain how, counsel have conferred in good faith but remain unable to resolve the dispute.

(7) **Deadline extensions**. No extensions of the deadlines set in this order, or any deadline set by the Federal Rules of Civil Procedure, shall be granted without an appropriate written motion, filed before the deadline in question, which demonstrates good cause beyond the control of counsel in the exercise of due diligence. In the event all parties agree to request the extension of a deadline set in this order, or a deadline contained in the Federal Rules of Civil Procedure, the parties must file a joint motion attaching the proposed order. This provision shall prevail over Local Rule 7.1 regarding motions to the extent they are inconsistent.

The next telephonic status conference is scheduled for March 16, 2026, at 10:30am Central Time before Magistrate Judge Lanny King. All parties shall connect to this call by **dialing 1-650-479-3207** and **entering access 2303 118 0494#** when prompted. Attendees should press # to skip

entry of an attendee or host code. Any request for a change of the telephonic status conference date shall be made by contacting chambers via email: Judge_King_Chambers@kywd.uscourts.gov.

October 31, 2025

**Lanny King, Magistrate Judge**
**United States District Court**

Copies to: Counsel
Case Manager to United States Magistrate Judge Lanny King
Court Time: P/8