UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| LENORA WEBB, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | CIVIL ACTION NO. 5:25-CV-00101-BJB-LLK |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| DEFENDANT. | ) | |

**JOINT MOTION TO EXTEND DEADLINES**

Plaintiff Lenora Webb and Defendant The Lincoln National Life Insurance Company jointly move to extend the remaining deadlines in the Court's October 31, 2025 Scheduling Order (ECF No. 13) by an additional forty-five (45) days. In support of this motion, the undersigned counsel state as follows:

1. This is a long-term disability benefit denial claim governed by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 *et seq*.

2. The Court entered its Scheduling Order for this ERISA matter on October 31, 2025. The remaining deadlines set forth in the Court's Scheduling Order focus on discovery, the Administrative Record, and dispositive motions, responses, and replies. (ECF No. 13).

3. Since the Court's Scheduling Order, the Parties have discussed the Administrative Record, initiated discovery efforts, and initiated settlement discussions.

4. On November 3, 2025, Defendant produced a copy of the proposed Administrative Record to Plaintiff's counsel.

5. On January 7, 2026, Plaintiff served Interrogatories and Requests for Production of Documents on Defendant. On February 6, 2026, Defendant served responses to Plaintiff's discovery requests.

6. On February 17, 2026, Plaintiff, through counsel, contacted Defendant's counsel for meet and confer attempt regarding disputes related to the discovery and responses. The Parties are continuing to efforts to resolve their discovery dispute before requesting the Court's intervention. Therefore, the Parties believe an extension of the remaining deadlines in the Court's Scheduling Order will help aid the Parties in attempts to reach a resolution without Court intervention.

7. In further support of this motion, the Parties have initiated settlement discussions for this case. The Parties hope to continue these efforts which may eliminate any remaining issues regarding the ongoing discovery dispute. The Parties believe that the additional time for continuing settlement efforts will be in the interest of judicial economy and for good cause pursuant to Fed. R. Civ. Proc. 6 and 16. The Parties will promptly notify the Court if any settlement occurs.

8. The Parties believe extension of the remaining deadlines to be in the interest of judicial economy and efficiency, saving time and resources for all parties and the Court.

9. This Joint Motion is not made for the purpose of undue delay, and no prejudice will result to any party from the granting of this request for an extension.

Accordingly, for good cause shown, the Parties jointly request that the Court extend the remaining deadlines by forty-five (45) days as follows:

**<u>Close of fact discovery.</u>** All discovery shall be completed by **April 6, 2026**;

**<u>Deadline for filing stipulated Administrative Record.</u>** The Stipulated Administrative Record shall be filed under seal on or before **April 13, 2026**; and

**Dispositive motion for judgment format and schedule.** Plaintiff shall file a dispositive motion for judgment in accordance with *Wilkins v. Baptist Healthcare System, Inc.*, 150 F.3d 609 (6th Cir. 1998). Instead of filing simultaneous motions for judgment, the parties agree to the following format and schedule:

a) Plaintiff shall file a Motion for Summary Judgment by **May 21, 2026**.

b) Defendant shall file a Cross-Motion for Summary Judgment/Response by **June 11, 2026**.

c) Plaintiff shall file a Reply/Response to Defendant's Cross-Motion by **June 26, 2026**.

d) Defendant shall file a Reply to Plaintiff's Response to its Cross-Motion for Summary Judgment by **July 17, 2026**.

A proposed Order is tendered herewith.

Respectfully Submitted,

*/s/ Elizabeth A. Thornsbury*
Elizabeth A. Thornsbury
Philip G. Fairbanks
Mehr Fairbanks Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
Email: elizabeth@austinmehr.com
Email: pgf@austinmehr.com
*Counsel for Plaintiff*

*/s/ Iwana Rademaekers* (with permission)
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth A. Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY