UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| LENORA WEBB, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | CIVIL ACTION NO. 5:25-CV-00101-BJB-LLK |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| DEFENDANT. | ) | |

**ORDER**

The Parties having jointly requested an extension of time, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the joint motion is **SUSTAINED** and all remaining deadlines in the October 31, 2025 Scheduling Order (ECF No. 13) are extended by forty-five (45) days, such that:

(1) **Close of fact discovery.** All discovery shall be completed by **April 6, 2026**;

(2) **Deadline for filing stipulated Administrative Record.** The Stipulated Administrative Record shall be filed under seal on or before **April 13, 2026**; and

(3) **Dispositive motion for judgment format and schedule.** Plaintiff shall file a dispositive motion for judgment in accordance with *Wilkins v. Baptist Healthcare System, Inc.*, 150 F.3d 609 (6th Cir. 1998). Instead of filing simultaneous motions for judgment, the parties agree to the following format and schedule:

a) Plaintiff shall file a Motion for Summary Judgment by **May 21, 2026**.

b) Defendant shall file a Cross-Motion for Summary Judgment/Response by **June 11, 2026**.

c) Plaintiff shall file a Reply/Response to Defendant's Cross-Motion by **June 26, 2026**.

d) Defendant shall file a Reply to Plaintiff's Response to its Cross-Motion for Summary Judgment by **July 17, 2026**.