UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| LENORA WEBB,<br><br>PLAINTIFF,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>DEFENDANT. | ) | CIVIL ACTION NO. 5:25-CV-00101-BJB-LLK |

**JOINT NOTICE AND MOTION TO STAY DEADLINES**

Plaintiff Lenora Webb and Defendant The Lincoln National Life Insurance Company ("Lincoln") submit this Notice to advise the Court that the Parties have reached a tentative settlement in principle subject to finalizing the terms and obtaining any necessary approval or steps that may be required by the Bankruptcy Court. Plaintiff currently has a pending bankruptcy action in the United States Bankruptcy Court for the Western District of Kentucky (case number 5:2024-bk-50230 (24-50230-acs). It is believed that the settlement may be exempt pursuant to 11 U.S.C.S. § 522. However, Plaintiff's counsel is working with the bankruptcy attorney to determine what steps are necessary or required before a settlement can be finalized. Accordingly, the Parties respectfully request the Court to stay all pending deadlines and allow the Parties sixty (60) days to file a joint report regarding the status of the case, or an Agreed Order of Dismissal if appropriate.

Respectfully Submitted,

*/s/ Elizabeth A. Thornsbury*
Elizabeth A. Thornsbury
Philip G. Fairbanks
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
Email: elizabeth@austinmehr.com
Email: pgf@austinmehr.com
*Counsel for Plaintiff*

and

*/s/ Iwana Rademaekers* (with permission)
Iwana Rademaekers
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth A. Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

/s/
ELIZABETH A. THORNSBURY