UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| LENORA WEBB, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | CIVIL ACTION NO. 5:25-CV-00101-BJB-LLK |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| DEFENDANT. | ) | |

**ORDER**

The Parties having notified the Court of a possible settlement and jointly requested all pending deadlines be stayed, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the joint motion is **SUSTAINED** and all remaining deadlines are stayed for sixty (60) days, at which time the Parties shall (1) file a status report, or (2) an Agreed Order of Dismissal if appropriate.