UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| LENORA WEBB,<br><br>PLAINTIFF,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>DEFENDANT. | ) | CIVIL ACTION NO. 5:25-CV-00101-BJB-LLK |

**NOTICE OF FILING OF CORRECTED JOINT NOTICE AND MOTION TO STAY DEADLINES**

Comes the Plaintiff, Lenora Webb, by Counsel, and hereby gives notice of the filing of the corrected Joint Notice and Motion to Stay Deadlines. Counsel states that the Joint Notice and Motion to Stay Deadlines was inadvertently filed under the incorrect e-filing account.

Respectfully Submitted,

*/s/ Elizabeth A. Thornsbury*
Elizabeth A. Thornsbury
Philip G. Fairbanks
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
Email: elizabeth@austinmehr.com
Email: pgf@austinmehr.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth A. Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY