UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| LENORA WEBB, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | CIVIL ACTION NO. 5:25-CV-00101-BJB-LLK |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| DEFENDANT. | ) | |

**AGREED ORDER OF DISMISSAL**

Plaintiff Lenora Webb and Defendant The Lincoln National Life Insurance Company (collectively "the Parties"), having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs, expenses, and attorneys' fees.

**HAVE SEEN AND AGREED TO:**

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
*Counsel for Plaintiff*

*/s/ Iwana Rademaekers (with permission)*
*Iwana Rademaekers*
Email: iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth A. Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY